IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-11473
Conference Calendar

_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

FREDDIE EUGENE PHILLIPS,
a/k/a Heavy, a/k/a Fat Freddie,
a/k/a 4 Finger Fred,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:96-CR-068-A
- - - - - - - - - -
October 23, 1997
Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Freddie Eugene Phillips appeals his sentence following a
guilty plea to two counts of maintaining a building for the
purpose of manufacturing, distributing, and using controlled
substances.  Phillips contends that the disparity in penalties
for offenses involving powdered cocaine and cocaine base violates
the Eighth Amendment and principles of equal protection and due
process.  This court has previously rejected Phillips' argument.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

See United States v. Fisher, 22 F.3d 574, 579-80 (5th Cir. 1994);
United States v. Mathena, 23 F.3d 87, 91 (5th Cir. 1994).

We do not address Phillips' suggestion that the court give his arguments en banc consideration.  See Fifth Cir. R. 35.2.

DISMISSED.  5th Cir. R. 42.2.